IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TYE BAXTER                                                                PLAINTIFF

v.                            No. 3:21-cv-241-DPM

SHAWN STEPHENS, Independence
County Sherifff, in his Individual and
Official Capacity;  AARON MOODY,
Independence County Chief Deputy
Sheriff, in his Individual and Official
Capacity;  and INDEPENDENCE COUNTY                DEFENDANTS

ORDER

This case continues to be bogged down by a series of discovery disputes. Baxter's motion for a protective order, *Doc. 29*, is denied. His motion is better construed as a one-sided joint report of a discovery dispute—which contravenes the Court's Scheduling Order and well-known protocol for addressing discovery disputes.

The Defendants are entitled to depose Baxter—he filed this lawsuit. Fed. R. Civ. P. 30. Baxter's lawyers must make him available for a deposition by 31 August 2023. No ifs, ands, or buts. Defense counsel must offer three dates convenient to her; and Baxter must choose one. In the circumstances, Defendants are also entitled to depose any individuals identified in Baxter's discovery responses or his deposition. The record reflects that Baxter's lawyers are responsible for

most of the deposition-related problems. They must therefore pay $1000 to the defendants to help defray the additional attorney's fees incurred. Fed. R. Civ. P. 37(a)(5).

An Amended Final Scheduling Order will issue. The Court reminds counsel and the parties of their civility-related procedural obligations. Fed. R. Civ. P. 1 and Advisory Committee Notes to 2015 Amendments. And the Court cautions all counsel: further non-cooperation, obstruction, or not following the Rules and this Court's Orders will be met with more sanctions. Joint reports, *Doc. 30 & 32*, addressed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 August 2023