IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TYE BAXTER                                                                                   PLAINTIFF

v.                              No. 3:21-cv-241-DPM

SHAWN STEPHENS, Independence
County Sherifff, in his Individual and
Official Capacity;  AARON MOODY,
Independence County Chief Deputy
Sheriff, in his Individual and Official
Capacity;  and INDEPENDENCE COUNTY                          DEFENDANTS

## JUDGMENT

Baxter's complaint is dismissed without prejudice on the following conditions:

- Within thirty days of refiling his case, he must pay the defendants' reasonable attorney's fees in the amount of $2,299; and
- All discovery conducted in this case must be used in any refiled case and not duplicated.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2023